**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

September 18, 2000

Marcus A. McKnight, III, Esquire
Mark D. Schwartz, Esquire
Irwin, McKnight & Hughes
60 West Pomfret Street
Carlisle, PA 17013

FILED
HARRISBURG, PA

SEP 1 9 2000

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

RE: *Perkey v. Reliable Carriers*
    Civil No. 1:00-CV-1639

Dear Counsel:

This case is assigned to me, pursuant to 28 U.S.C. § 636.

As soon as an answer, Rule 12 motion or entry of appearance by defendants' attorney(s) is filed, I will issue an order setting a mandatory case management conference, as mandated by Rule 16 of the Federal Rules of Civil Procedure and Rules 16.1, *et seq.*, Rules of Court, M.D.Pa.

Because of the case management requirements under these Rules, it is essential that the answer or other responsive pleading, and motions, be filed at the earliest possible time. Therefore, counsel and *pro se* litigants shall not enter into agreements for extensions of time without seeking court approval. The court will not honor such agreements.

The parties must comply with the initial disclosures requirements of Rule 26 of the Federal Rules of Civil Procedure; this district has not opted out of that Rule. Also, counsel shall not cease active discovery efforts pending disposition of a motion to dismiss.

Your particular attention is directed to 28 U.S.C. § 636(c). Under this section, upon the parties' consent the case