**ORIGINAL**

FILED
NOV 13 2000
PER
HARRISBURG, PA.
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, Plaintiffs | : |
| v. | : NO. 1: CV-00-1639 |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN and KENT Defendants | : Rambo/Smyser |
| | : JURY TRIAL DEMANDED |

## PRAECIPE FOR APPEARANCE

TO THE PROTHONOTARY:

Kindly enter the appearance of Heather L. Harbaugh, Esquire, of Metzger, Wickersham, Knauss & Erb, P.C., on behalf of the Defendants, Reliable Carriers, Inc. and Daniel Joseph Bemben.

METZGER, WICKERSHAM, KNAUSS & ERB, P.C.

By _____
Heather L. Harbaugh, Esquire
Attorney I.D. No. 83997
P.O. Box 5300
Harrisburg, PA 17110-0300
(717) 238-8187

Attorneys for Reliable Carriers, Inc. and
Daniel Joseph Bemben

Dated: 11/7/00

Document #: 189392.1