# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, PLAINTIFFS, | CIVIL ACTION NO. 1: CV-00-1639 |
| v. | |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN and KENT, DEFENDANTS. | JURY TRIAL DEMANDED |

*Mag J. Smyser*

## WAIVER OF SERVICE OF SUMMONS

**FILED HARRISBURG**
**JAN 4 - 2001**
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

**TO:** Mark D. Schwartz, Esquire
IRWIN, McKNIGHT & HUGHES
60 West Pomfret Street
Carlisle, PA 17013

I acknowledge receipt of your request that I waive service of a summons in the action of John D. Perkey and Theresa M. Perkey v. Reliable Carriers, inc., Daniel Joseph Bemben and Kent, which is case number 1:CV-00-1639 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

The entity on whose behalf I am acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

## CERTIFICATE OF SERVICE

I the undersigned hereby certify that on this 3rd day of January, 2001, a copy of the Waiver of Service of Summons was served by first-class, postage prepaid United States mail in Carlisle, Pennsylvania upon the following:

> Heather L. Harbaugh, Esquire
> Metzger Wickersham
> 3211 North Front Street
> P.O. Box 5300
> Harrisburg, PA  17110-0300

IRWIN, McKNIGHT & HUGHES

_____
Mark D. Schwartz, Esquire