

*sedas*

⑦
2-12-01
sc

E. Ralph Godfrey, Esquire
ATTORNEY I.D. NO. 77052
METZGER, WICKERSHAM, KNAUSS & ERB, P.C.
3211 North Front Street
P.O. Box 5300                    Attorneys for Defendants,
Harrisburg, PA 17110-0300        Reliable Carriers, Inc.
(717) 238-8187                   and Joseph Bemben

FILED
HARRISBUR[G]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FEB - 9 200[1]

MARY E. D'ANDREA,
Per_____
DEPUTY CLE[RK]

JOHN D. PERKEY and          :
THERESA M. PERKEY,          :
          Plaintiffs        :
                            :   CIVIL ACTION NO. 1:CV-00-1639
      v.                    :
                            :   *mag J Smyser*
RELIABLE CARRIERS, INC.,    :
DANIEL JOSEPH BEMBEN and    :
KENT,                       :
                            :
          Defendants        :   JURY TRIAL DEMANDED


## PRAECIPE TO WITHDRAW APPEARANCE
## AND PRAECIPE TO ENTER APPEARANCE

TO THE PROTHONOTARY:

   Please withdraw the appearance of Heather L. Harbaugh, Esquire, of Metzger,

Wickersham, Knauss & Erb P.C., and enter the appearance of E. Ralph Godfrey, Esquire, of

APPROVED
/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge
DATE: 02-14-01

FILED
HARRISBURG, PA

FEB 1 4 2001

MARY E. D'ANDREA, CLERK
PER_____
        DEPUTY CLERK

*Document #: 197356.1*

Metzger, Wickersham, Knauss & Erb, P.C., on behalf of Defendants, Reliable Carriers, Inc., and Daniel Joseph Bemben.

        METZGER, WICKERSHAM, KNAUSS & ERB, P.C.

By _____
        E. Ralph Godfrey, Esquire
        Attorney I.D. No. 77052
        P.O. Box 5300
        Harrisburg, PA 17110-0300
        (717) 238-8187

        Attorneys for Defendants,
        Reliable Carriers, Inc., and Daniel Joseph Bemben

Dated: 2/9/01

*Document #: 197356.1*

## CERTIFICATE OF SERVICE

AND NOW, this ___9___ day of February, 2001, I, E. Ralph Godfrey, Esquire, of Metzger, Wickersham, Knauss & Erb, P.C., attorneys for Defendants, Reliable Carriers, Inc., and Daniel Joseph Bemben, hereby certify that I served a copy of the within Praecipe to Withdraw Appearance and Praecipe to Enter Appearance this day by depositing the same in the United States mail, postage prepaid, at Harrisburg, Pennsylvania, addressed to:

> Mark D. Schwartz, Esquire
> Irwin, McKnight & Hughes
> 60 West Pomfret Street
> Carlisle, PA 17013

_____
E. Ralph Godfrey

*Document #: 197356.1*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 14, 2001

Re:  1:00-cv-01639   Perkey v. Reliable Carriers, I

True and correct copies of the attached were mailed by the clerk
to the following:

    Marcus A. McKnight III, Esq.
    Irwin, McKnight & Hughes
    60 West Pomfret Street
    Carlisle, PA  17013

    Mark D. Schwartz, Esq.
    Irwin, McKnight & Hughes
    60 West Pomfret Street
    Carlisle, PA  17013

    E. Ralph Godfrey, Esq.
    Metzger Wickersham Knauss & Erb, PC
    PUB 5300
    3211 N. Front St.
    Harrisburg, PA  17110-0300

    Edward E. Knauss IV, Esq.
    Metzger Wickersham Knauss & Erb, PC
    3211 North Front Street
    P.O. Box 5300
    Harrisburg, PA  17110-0300

cc:
Judge                              (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                   (✓)              ( ) INS
U.S. Marshal                       ( )              ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:

```
Standard Order 93-5      ( )         U.S. Marshal ( )    Pltf's Attorney ( )
Order to Show Cause      ( ) with Petition attached & mailed certified mail
                              to:  US Atty Gen   ( )    PA Atty Gen ( )
                                   DA of County  ( )    Respondents ( )
Bankruptcy Court         ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: 2-14-01      BY: /s/ BTS
                       Deputy Clerk