*see alt*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY and<br>THERESA M. PERKEY,<br>            Plaintiffs<br><br>          v.<br><br>RELIABLE CARRIERS, INC.,<br>DANIEL JOSEPH BEMBEN and<br>KENT,<br>            Defendants | :<br>:<br>:<br>:  CIVIL ACTION NO. 1:CV-00-1639<br>:<br>:<br>:<br>:<br>:<br>:  JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA

OCT 2 6 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

**ORDER**

AND NOW, this _26TH_ day of _OCTOBER_, 2001, upon consideration of Defendants Reliable Carriers, Inc., and Daniel Joseph Bemben's Motion for Stay, *(Doc. 10)* it is hereby ordered and decree that the said Motion is granted and this matter is stayed for ninety (90) days.

BY THE COURT:

_____
                                               /7. J.

*Document #: 218146.1*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 26, 2001

Re:  1:00-cv-01639    Perkey v. Reliable Carriers, I

True and correct copies of the attached were mailed by the clerk to the following:

    Marcus A. McKnight III, Esq.
    Irwin, McKnight & Hughes
    60 West Pomfret Street
    Carlisle, PA  17013

    Mark D. Schwartz, Esq.
    Irwin, McKnight & Hughes
    60 West Pomfret Street
    Carlisle, PA  17013

    E. Ralph Godfrey, Esq.
    Metzger Wickersham Knauss & Erb, PC
    PUB 5300
    3211 N. Front St.
    Harrisburg, PA  17110-0300

    Edward E. Knauss IV, Esq.
    Metzger Wickersham Knauss & Erb, PC
    3211 North Front Street
    P.O. Box 5300
    Harrisburg, PA  17110-0300

cc:
Judge                            (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                 (✓)              ( ) INS
U.S. Marshal                     ( )              ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:

```
Standard Order 93-5      ( )         U.S. Marshal ( )    Pltf's Attorney ( )
Order to Show Cause      ( )  with Petition attached & mailed certified mail
                               to:  US Atty Gen   ( )   PA Atty Gen ( )
                                    DA of County  ( )   Respondents ( )
Bankruptcy Court         ( )
Other_____     ( )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: 10/26/01                        BY: /s/ 818
                                          Deputy Clerk