UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY AND<br>THERESA M. PERKEY,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>RELIABLE CARRIERS, INC.,<br>DANIEL JOSEPH BEMBEN,<br>AND KENT,<br><br>　　　　Defendants | : CIVIL NO. 1:00-CV-1639<br>:<br>:<br>: (Judge Rambo)<br>:<br>: (Magistrate Judge Smyser)<br>:<br>:<br>:<br>:<br>: |

ORDER

The plaintiffs commenced this action by filing a complaint on September 14, 2000. The defendants filed an answer to the complaint on January 29, 2001.

On February 16, 2001, a case management conference was held and a case management order was entered.

On October 12, 2001, the defendants filed a motion for a stay. The defendants asserted that they are insureds of Reliance Insurance Company. On October 3, 2001, the Commonwealth Court of Pennsylvania entered an order of liquidation of Reliance Insurance Company. The Order of the Commonwealth Court stayed for 90 days all proceedings in the

courts of the Commonwealth of Pennsylvania in which Reliance is obligated to defend a party. The Order also requested on comity grounds that courts outside Pennsylvania and federal courts stay for 90 days any suit in which Reliance is obligated to defend a party.

By an Order dated October 26, 2001, the defendants' motion for a stay was granted and this case was stayed for 90 days. That stay has now expired.

AND NOW, this 28th day of January, 2002, **IT IS HEREBY ORDERED** that on or before February 8, 2002, the parties shall file a joint status report regarding this case. The status report shall include *inter alia* the position of the parties on how this case should proceed.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

DATED: January 28, 2002.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 28, 2002

Re: 1:00-cv-01639   Perkey v. Reliable Carriers, I

True and correct copies of the attached were mailed by the clerk to the following:

    Marcus A. McKnight III, Esq.
    Irwin, McKnight & Hughes
    60 West Pomfret Street
    Carlisle, PA  17013

    Mark D. Schwartz, Esq.
    Irwin, McKnight & Hughes
    60 West Pomfret Street
    Carlisle, PA  17013

    E. Ralph Godfrey, Esq.
    Metzger Wickersham Knauss & Erb, PC
    PUB 5300
    3211 N. Front St.
    Harrisburg, PA  17110-0300

    Edward E. Knauss IV, Esq.
    Metzger Wickersham Knauss & Erb, PC
    3211 North Front Street
    P.O. Box 5300
    Harrisburg, PA  17110-0300

```
cc:
Judge                        (✓)           ( ) Pro Se Law Clerk
Magistrate Judge             (✓)           ( ) INS
U.S. Marshal                 ( )           ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
```

```
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5      ( )
Order to Show Cause      ( ) with Petition attached & mailed certified mail
                              to: US Atty Gen  ( )   PA Atty Gen ( )
                                  DA of County ( )   Respondents ( )
Bankruptcy Court         ( )
Other_____( )
                                                     MARY E. D'ANDREA, Clerk


     DATE:  1-28-02                          BY:  ___JTB___
                                                  Deputy Clerk
```