

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY AND THERESA M. PERKEY, | CIVIL NO. 1:00-CV-1639 |
| Plaintiffs | (Judge Rambo) |
| v. | (Magistrate Judge Smyser) |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN, AND KENT, | |
| Defendants | |

FILED
HARRISBURG, PA
FEB 12 2002
MARY E. D'ANDREA, CLERK
Per _____

<u>ORDER</u>

Upon consideration of the motion of defendants Reliable Carriers, Inc. and Daniel Joseph Bemben for an extension of the stay (Doc. 14), **IT IS ORDERED** that the said motion is **GRANTED** and this matter is stayed until April 3, 2002. The pretrial conference is rescheduled from March 21, 2002 to May 16, 2002 at 10:00 a.m. The trial shall begin with jury selection at 9:30 a.m. on June 3, 2002. On or before April 8, 2002, the parties shall file either a consent form, signed by both counsel, consenting to proceed under 28 U.S.C. § 636(c) before the magistrate judge, or a statement that there is not mutual consent to proceed before the magistrate judge to trial. In the latter case, the pretrial conference date and trial date established herein shall not apply unless adopted by Judge

AO 72A
(Rev.8/82)

Rambo. The case in said event shall be listed for trial before Judge Rambo.

  _____
  J. Andrew Smyser
  Magistrate Judge

Dated:   February  12  , 2002.