



## MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| PERKEY v. RELIABLE | 1:00-CV-1639 | REFERRAL |

| Proceeding: | Telephone Conference Re: CMO Deadlines<br>Call to be initiated by Mr. Godfrey's Office |
|---|---|

| Set For: | February 14, 2002 | At: | 1:30 p.m. |
|---|---|---|---|

| Time Commenced: | 1:30 P.M. | Time Terminated: | 1:33 P.M. |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Marcus McKnight, III, Esquire | Ralph Godfrey, Esquire |

FILED
FEB 1 5 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

**REMARKS:**

THE PARTIES WANT A NEW CASE MANAGEMENT ORDER. CT. ADVISES COUNSEL THAT A NEW CASE MANAGEMENT ORDER WILL BE GRANTED ON MOTION. COUNSEL INSTRUCTED TO FILE MOTION FOR NEW CASE MANAGEMENT CONFERENCE. CONFERENCE TO BE SET, ON MOTION, FOR END OF MARCH.

O:\Smyser\APPLEBY\Minute Sheets\061300 Form