UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY AND THERESA M. PERKEY, | CIVIL NO. 1:00-CV-1639 |
| Plaintiffs | (Judge Rambo) |
| v. | (Magistrate Judge Smyser) |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN, AND KENT, | |
| Defendants | |

ORDER

**IT IS HEREBY ORDERED THAT:**

1. A case management conference will be conducted by the court on **March 21, 2002, at 9:00 a.m.,** in Chambers, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. **This conference will be in person unless a party requests that the conference be held by telephone and the request has the concurrence of all parties. It will then be the responsibility of the requesting party to so inform the court and to place the conference call.**

Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania. Local Rule 16.3 requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management

Plan" form. **The completed form**, which is set forth in Appendix B of the local rules, **must be filed on or before March 15, 2002.**

                                                  _____
                                                  J. Andrew Smyser
                                                  Magistrate Judge

Dated: February 26, 2002.

AO 72A
(Rev.8/82)