MINUTE SHEET OF PROCEEDINGS BEFORE
J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED MAR 21 2002
PER _____
HARRISBURG, PA DEPUTY CL

| Caption | Civil No. | |
|---|---|---|
| PERKEY v. RELIABLE CARRIERS | 1:00-CV-1639 | Consent |

| Proceeding: | Case Management Conference |
|---|---|

| Set For: | March 21, 2002 | At: | 9:00 a.m. |
|---|---|---|---|

| Time Commenced: | 9:00 | Time Terminated: | 9:20 |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Marcus McKnight, III, Esquire<br>Mark Schwartz, Esquire | Edward E. Knauss, IV, Esquire<br>Ralph Godfrey, Esquire |

**REMARKS:** **CASE MANAGEMENT CONFERENCE**

Case management dates set: discovery 9/30 expert reports - π - 10/15 - Δ - 11/15 - supps. 11/30. dispositive motions 11/15. PTC 1/16 at 10:00 trial Feb 3, 2003 (2nd on list); π may have issue regarding uninsured coverage w/ Prudential - they may have to sue Prudential separately.

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET 061400