ORIGINAL



# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : | CIVIL ACTION NO. 1:CV-00-1639 |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| vs. | : | |
| RELIABLE CARRIERS, INC. DANIEL JOSEPH BEMBEN and KENT, | : | |
| Defendants | :: | |

FILED
HARRISBURG, PA

AUG 2 1 2002

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

## PRAECIPE TO ENTER APPEARANCE

Please enter the appearance of E. RALPH GODFREY, Esquire of Godfrey & Courtney, P.C. as counsel of record for the Plaintiff in the above-referenced matter.

GODREY & COURNTEY, P.C.

By: _____
E. Ralph Godfrey, Esquire
Attorney ID# 77052
P.O. Box 6280
Harrisburg, PA 17112
717-540-3900
Attorney for Defendant

Dated: August 20, 2002

## CERTIFICATE OF SERVICE

I, E. Ralph Godfrey, Esquire, hereby certify that I served a copy of the foregoing Praecipe to Withdraw and Praecipe to Enter Appearance upon all parties to this action, by mailing a copy thereof on this 20th day of August, 2002, to:

>Marcus McKnight, Esquire
>Mark D. Schwartz, Esquire
>Irwin, McKnight & Hughes
>60 West Pomfret Street
>Carlisle, PA 17013

>GODFREY & COURTNEY, P.C.
>
>By _____
>E. Ralph Godfrey, Esquire
>Attorney I.D. No. 77052
>P.O. Box 6280
>Harrisburg, PA 17112
>(717) 540-3900