cc: MJ Smyser; Atty McKnight; Schwartz; Godfrey; Knauss

(24) 9/25/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY AND THERESA M. PERKEY, | : | CIVIL NO. 1:00-CV-1639 |
| Plaintiffs | : | |
| v. | : | (Magistrate Judge Smyser) |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN, AND KENT, | : | FILED HARRISBURG, PA |
| Defendants | : | SEP 25 2002 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

**ORDER**

**IT IS ORDERED** that the parties' petition (Doc. 23) to amend the joint Case Management Order filed on March 21, 2002 is **GRANTED**. An Amended Case Management Order will be filed on this date.

J. Andrew Smyser
Magistrate Judge

Dated: September 25, 2002.

AO 72A
(Rev. 8/82)