IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN D. PERKEY and
THERESA M. PERKEY,

    Plaintiffs

  v.

RELIABLE CARRIERS, INC.,
DANIEL JOSEPH BEMBEN and
KENT,

    Defendants

CIVIL ACTION NO. 1:CV-00-1639

MAGISTRATE JUDGE SMYSER

JURY TRIAL DEMANDED

**ORDER**

AND NOW, this 4TH day of OCTOBER, 2002, it is hereby ordered that the appearance of Edward E. Knauss, IV, Esquire for Defendants is hereby withdrawn.

BY THE COURT:

_____
        M.J.