cc: MgSmyser;
Attys. McKnight, Schwartz, Godfrey + Knauss (30) 12/5/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY AND<br>THERESA M. PERKEY,<br><br>　　　　　Plaintiffs<br><br>　　　v.<br><br>RELIABLE CARRIERS, INC.,<br>DANIEL JOSEPH BEMBEN,<br>AND KENT,<br><br>　　　　　Defendants | : CIVIL NO. 1:00-CV-1639<br>:<br>:<br>:<br>:<br>: (Magistrate Judge Smyser)<br>:<br>:<br>:<br>: **FILED**<br>: HARRISBURG, PA<br>:<br>: DEC 05 2002<br>: MARY E. D'ANDREA, CLERK<br>: Per _____<br>: 　　　Deputy Clerk |

### ORDER

**IT IS ORDERED** that the Petition to Amend Joint Case Management Order (Doc. 29) is **GRANTED**. An Amended Case Management Order is issued on this date.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. Andrew Smyser
　　　　　　　　　　　　　　　　　Magistrate Judge

Dated: December 4, 2002.

O 72A
Rev. 8/82