cc: stats; CT.

33)
1/30/03
vf

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| Prudential Property v. Perkey<br>Perkey v. Reliable | 1:02-CV-0819<br>1:00-CV-1639 ✓ | |

| Proceeding: | Telephone Conference |
|---|---|

| Set For: | January 28, 2003 | At: | 11:00 a.m. |
|---|---|---|---|

| Time Commenced: | 11:00 a.m. | Time Terminated: | 11:15 a.m. |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Michael Scheib, Esquire - Prudential<br>Marcus McKnight, Esquire - Perkey | Marcus McKnight, Esquire - Perkey<br>Ralph Godfrey, Esquire - Reliable |

**REMARKS:** Telephone conference regarding case management deadlines. Counsel will submit a motion. Will extend dispositive motions deadline to 02/27/03 in both cases. Will shorten briefing schedule by using date certain due dates so that the briefing will be complete by the third week of March.

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET 061400

FILED
HARRISBURG, PA
JAN 29 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk