UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY and<br>THERESA M. PERKEY,<br>    Petitioners/Plaintiffs<br><br>v.<br><br>RELIABLE CARRIERS, INC.<br>DANIEL JOSEPH BEMBEN,<br>AND KENT,<br>    Respondents/Defendants | : CIVIL NO. 1:00-CV-1639<br>:<br>: (MAGISTRATE JUDGE SMYSER)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, P

FEB 21 2003

MARY E. D'ANDREA,
Per _____
  Deputy Clerk

<u>PETITION TO AMEND JOINT CASE MANAGEMENT ORDER</u>

1.

The Petitioners are John D. Perkey and Theresa M. Perkey, the Plaintiffs in this action.

2.

The Respondent is Reliable Carriers, Inc., Daniel Joseph Bemben, and Kent.

3.

Counsel for the parties have reviewed the status of discovery as well as the status of the underinsured motorists cases related to this case, and counsel believes that the changes to the Joint Case Management Plan would be appropriate. The parties have reached a tentative settlement of the Prudential v. Perkey case.

4.

There is a good cause for said changes. The discovery deadline as well as the deadline for the Initial Expert Reports and Dispositive Motions were all set to be completed by February 28,

2003. Depositions of the Defendants which have an impact on the Expert Report were scheduled for Tuesday, February 18, 2003, in Detroit, Michigan, at 9:30 a.m. The large snowstorm which closed airports and closed the surrounding highways on Monday, February 17, 2003, and Tuesday, February 18, 2003, forced the cancellation of the Defendants' depositions. These have now been rescheduled for Wednesday, February 26, 2003, at 9:30 a.m. in Detroit, Michigan. In order to follow up with any additional discovery, the parties are requesting that the discovery deadline for Expert Reports as well as the Dispositive Motions deadline be moved to Monday, March 10, 2003. The deadline for Supplemental Export Reports would be March 31, 2003. All other deadlines would remain the same.

5.

The parties hereby request the following changes to the Case Management Order as follows:

| | |
|---|---|
| Deadline for Discovery: | March 10, 2003 |
| Deadline for Expert Reports: | March 10, 2003 |
| Deadline for Supplemental Expert Reports: | March 31, 2003 |
| Dispositive Motions: | March 10, 2003 |
| Motion in Limine: | April 4, 2003 |
| Pre-Trial Date: | April 17, 2003 |
| Trial Date: | May 5, 2003 |

6.

E. Ralph Godfrey, Esq., counsel for the Respondent/Defendant, consents to the requested amendment as set forth herein.

**WHEREFORE,** the Petitioner/Plaintiff requests that the Court amend the Joint Case Management Plan Order as requested herein.

                                Respectfully submitted,

                                **IRWIN, McKNIGHT & HUGHES**

By: _____
        Marcus A. McKnight, III, Esquire
        60 West Pomfret Street
        Carlisle, Pennsylvania 17013
        (717) 249-2353

Date: February 21, 2003        Supreme Court I. D. No. 25476

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY and<br>THERESA M. PERKEY,<br>Petitioners/Plaintiffs<br><br>v.<br><br>RELIABLE CARRIERS, INC.<br>DANIEL JOSEPH BEMBEN,<br>AND KENT,<br>Respondents/Defendants | : CIVIL NO. 1:00-CV-1639<br>:<br>: (MAGISTRATE JUDGE SMYSER)<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Marcus A. McKnight, III, Esquire, hereby certify that on this date a true and correct copy of the foregoing document was served upon the attorney for Plaintiffs by first-class United States Mail, postage prepaid in Carlisle, Pennsylvania 17013, addressed as follows:

E. Ralph Godfrey, Esquire
GODFREY & COURTNEY, P.C.
P. O. Box 6280
Harrisburg, PA 17112
    Attorney for Defendant

By: _____
Marcus A. McKnight, III, Esq.
IRWIN, McKNIGHT & HUGHES
Attorney ID # 70216
Attorney for Plaintiffs
60 West Pomfret Street
Carlisle, PA 17013
(717) 249-2353

Dated: February 21, 2003

4