## CERTIFICATE RE:  CONCURRENCE/NON-CONCURRENCE

I, E. Ralph Godfrey, Esquire, hereby certify that I telephoned Plaintiff's counsel in an effort to obtain his concurrence/non-concurrence in this Motion, and that Plaintiffs' Counsel was out of state and I could not obtain his concurrence/non-concurrence before the filing of this Motion for Summary Judgment.

E. Ralph Godfrey

Date:  April /5 , 2003