**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : | CIVIL ACTION NO. 1:CV-00-1639 |
| | : | |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | |
| | : | Magistrate Judge Smyser |
| RELIABLE CARRIERS, INC., | : | |
| DANIEL JOSEPH BEMBEN and KENT, | : | |
| Defendants | : | |
| | : | |

## ORDER

Based upon the within Motion for Summary Judgment and the representations therein contained, it is hereby ORDERED that Defendants' Motion for Summary is granted and any verdict obtained by Plaintiffs will be offset by the amount of the workers compensation benefits received by Plaintiff as well as any other insurance.

BY THE COURT:

_____

J. ANDREW SMYSER, Judge
Middle District of Pennsylvania

Date: _____, 2003