# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY and, | : | |
| THERESA M. PERKEY, | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | Civil Action No. 1:CV-00-1639 |
| | : | (Judge Andrew Smyser) |
| | : | |
| RELIABLE CARRIERS, INC., | : | |
| DANIEL JOSEPH BEMBEN and | : | |
| KENT, | : | |
| **Defendants** | : | |

## PROPOSED ORDER

Based upon the within Motion for Leave of Court to Respond to Defendants'
Motion for Summary Judgment and the representations therein contained, it is
hereby ORDERED that ABF Freight Systems, Inc.'s Petition for Leave of Court to
Respond to Defendant's Motion for Summary Judgment is hereby GRANTED.


By the Court:


_____

J. Andrew Smyser