# ORIGINAL

## IN THE UNITED STATES DICTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : | CIVIL ACTION NO.1:CV-00-1639 |
| | : | |
| **Plaintiffs** | : | **JURY TRIAL DEMANDED** |
| | : | |
| vs. | : | Magistrate Judge Smyser |
| | : | |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN and KENT, | : | |
| | : | |
| | : | |
| **Defendants** | : | |

**FILED**
**APR 3 0 2003**
**MARY E. D'ANDREA, CLERK**
**PER ___ DEPUTY CLERK**

## COUNTER STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1.

The facts set for the Defendants' Statement of Material Facts are correct.

2.

The workers' compensation benefits received by Plaintiff, John D. Perkey, were paid by ABF Freight System, Inc. which is self insured.  See Exhibit "C" of Defendants' Statement of Material Facts.

3.

ABF Freight System, Inc. has paid total compensation of $181,096.62 being $128,168.00 for wage benefits and $52,928.62 in medical benefits.  See attached Exhibit "A".

4.

The Plaintiff has a subrogation interest in repayment of these benefits to ABF Freight

System, Inc. in the third party action against the Defendants in this action before this Court.

Respectfully submitted,

**IRWIN, McKNIGHT & HUGHES**

**Marcus A. McKnight, III, Esquire**
Attorney I.D. #25476
60 West Pomfret Street
Carlisle, PA  17013
(717) 249-2353
Attorney for Plaintiffs
John D. Perkey and
Theresa M. Perkey

Date:  April 30, 2003

**EXHIBIT  A**

# Farrell & Ricci, P.C.

### Attorneys and Counselors at Law

#### 4423 North Front Street
#### Harrisburg, PA 17110

Michael A. Farrell
Joseph A. Ricci †
Marc T. Levin *
Daniel J. Gallagher
Stephen R. Harris
Gregory D. Geiss
Thomas M. Fraticelli
Lawrence J. Barone
Lynn A. Matz *

*also admitted in New Jersey

| | |
|---|---|
| Telephone: | (717) 230-9201 |
| Fax: | (717) 230-9202 |
| E-mail: | mfarrell@frpclaw.com |

April 15, 2003


RECEIVED
APR 17 2003
IRWIN, McKNIGHT & HUGHES

Marcus A. McKnight, III, Esquire
Irwin, Irwin & McKnight
60 West Pomfret Street
Carlisle, PA 17013

> Re:  **John Perkey v. ABF Freight System, Inc.**
>       **Bureau Claim No: 2018862**
>       **Our File No: CAR-125**

Dear Marcus:

The amount of my client's subrogation lien, up to the date of April 4, 2003, is as follows:

| **Indemnity** | **Medical Payments** |
|---|---|
| $128,168.00 | $52,928.62 |

I enclosed with this letter a copy of the computer printout showing the indemnity payments made to Mr. Perkey.

I have requested of my client to obtain from the liability department copies of any accident report or investigative report concerning the accident contained in their files. I will provide you with a copy of those reports, if any, upon receipt.

Thank you for your attention to this matter.

Very truly yours,

Michael A. Farrell

Michael A. Farrell

MAF/dab
enclosure

---

† Certified as a Civil Trial Advocate by the National Board of Trial Advocacy
A Pennsylvania Supreme Court Accredited Agency

MAP030            WC C H E C K   I N Q U I R Y   B Y   C L A I M   N U M B E R

CLAIM NO    ABF981298      SOURCE

| S NUMBER | V DATE | AMOUNT | MJ | MN | PAYEE | TAX ID | BENEFIT FROM | TO |
|---|---|---|---|---|---|---|---|---|
| | | | 01 | | | | | |
| 0377127 | 032003 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 032203 | 040403 |
| 0376530 | 031303 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 030803 | 032103 |
| 0375630 | 022703 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 022203 | 030703 |
| 0374825 | 021303 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 020803 | 022103 |
| 0374073 | 013003 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 012503 | 020703 |
| 0373262 | 011603 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 011103 | 012403 |
| 0372622 | 010203 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 122802 | 011003 |
| 0371736 | 121802 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 121402 | 122702 |
| 0371127 | 120402 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 113002 | 121302 |
| 0370607 | 112102 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 111602 | 112902 |
| 0369767 | 110702 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 110202 | 111502 |
| 0368946 | 102402 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 101902 | 110102 |
| 0368167 | 101002 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 100502 | 101802 |
| 0367442 | 092602 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 092102 | 100402 |
| 0366676 | 091202 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 090702 | 092002 |

=========>
PF1=HELP 3=EXIT 5=TOP 6=BOTTOM 7=BWD 8=FWD                    04/07 09:30 102P

---

*CL/SS* cruce (GLCRUCE) on L0116NB0 04/07/03 09:30:26 ***

MAP030            WC C H E C K   I N Q U I R Y   B Y   C L A I M   N U M B E R

CLAIM NO    ABF981298      SOURCE

| S NUMBER | V DATE | AMOUNT | MJ | MN | PAYEE | TAX ID | BENEFIT FROM | TO |
|---|---|---|---|---|---|---|---|---|
| | | | 01 | | | | | |
| 0365962 | 082902 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 082402 | 090602 |
| 0365152 | 081502 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 081002 | 082302 |
| 0364403 | 080102 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 072702 | 080902 |
| 0363587 | 071802 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 071302 | 072602 |
| 0362674 | 070302 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 062902 | 071202 |
| 0361960 | 062002 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 061502 | 062802 |
| 0360772 | 060502 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 060102 | 061402 |
| 0360173 | 052302 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 051802 | 053102 |
| 0359521 | 050902 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 050402 | 051702 |
| 0358907 | 042502 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 042002 | 050302 |
| 0357894 | 040502 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 040602 | 041902 |
| 0357466 | 032802 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 032302 | 040502 |
| 0356618 | 031402 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 030902 | 032202 |
| 0355888 | 022802 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 022302 | 030802 |
| 0354920 | 021402 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 020902 | 022202 |

=========>
PF1=HELP 3=EXIT 5=TOP 6=BOTTOM 7=BWD 8=FWD                    04/07 09:30 102P

MAP030          WC C H E C K   I N Q U I R Y   B Y   C L A I M   N U M B E R

CLAIM NO    ABF981298       SOURCE                                              BENEFIT

| S NUMBER | V DATE | AMOUNT | MJ | MN | PAYEE | TAX ID | FROM | TO |
|---|---|---|---|---|---|---|---|---|
| | | | 01 | | | | | |
| 0354258 | 013102 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 012602 | 020802 |
| 0353358 | 011702 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 011202 | 012502 |
| 0352500 | 010302 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 122701 | 011102 |
| 0351767 | 122001 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 121501 | 122801 |
| 0350914 | 120601 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 120101 | 121401 |
| 0349904 | 112001 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 111701 | 113001 |
| 0349173 | 110801 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 110301 | 111601 |
| 0348227 | 102601 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 102001 | 110201 |
| 0347503 | 101501 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 100601 | 101901 |
| 0340901 M | 100401 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 092201 | 100501 |
| 0345748 | 091301 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 090801 | 092101 |
| 0345043 | 083001 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 082501 | 090701 |
| 0344248 | 081601 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 081101 | 082401 |
| 0343416 | 080201 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 072801 | 081001 |
| 0342463 | 071901 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 071401 | 072701 |

=========>
PF1=HELP 3=EXIT 5=TOP 6=BOTTOM 7=BWD 8=FWD                    04/07 09:30 102P

---

*CL/SS* cruce (GLCRUCE) on L0116N80 04/07/03 09:30:38 ***

MAP030          WC C H E C K   I N Q U I R Y   B Y   C L A I M   N U M B E R

CLAIM NO    ABF981298       SOURCE                                              BENEFIT

| S NUMBER | V DATE | AMOUNT | MJ | MN | PAYEE | TAX ID | FROM | TO |
|---|---|---|---|---|---|---|---|---|
| | | | 01 | | | | | |
| 0341520 | 070501 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 063001 | 071301 |
| 0340579 | 062101 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 061601 | 062901 |
| 0339733 | 061101 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 060201 | 061501 |
| 0338707 | 052301 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 051901 | 060101 |
| 0337954 | 051001 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 042101 | 050401 |
| 0337057 | 042601 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 042700 | 042001 |
| 0324365 M | 042001 | 1,575.00 | 01 | 00 | MARCUS MCKNIGHT I | 231438531 | 042700 | 042001 |
| 0324366 M | 042001 | 4,035.00 | 01 | 00 | JOHN PERKEY | EMPL | 040701 | 042001 |
| 0336219 | 041201 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 032401 | 040601 |
| 0335176 | 032901 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 031001 | 032301 |
| 0334066 | 031501 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 022401 | 030701 |
| 0333205 | 030101 | 897.60 | 01 | 01 | JOHN PERKEY | EMPL | 021001 | 022301 |
| 0332539 | 021501 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 012701 | 020901 |
| 0331834 | 020101 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 011301 | 012601 |
| 0330945 | 011801 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 011301 | 012601 |

=========>
PF1=HELP 3=EXIT 5=TOP 6=BOTTOM 7=BWD 8=FWD                    04/07 09:30 102P

MAP030          WC C H E C K   I N Q U I R Y   B Y   C L A I M   N U M B E R

CLAIM NO.  ABF981298      SOURCE

                                                                      BENEFIT

| S NUMBER | V DATE | AMOUNT | MJ | MN | PAYEE | TAX ID | FROM | TO |
|---|---|---|---|---|---|---|---|---|
| | | | 01 | | | | | |
| 0330067 | 010401 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 123000 | 011201 |
| 0329570 | 122100 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 121600 | 122900 |
| 0328655 | 120700 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 120200 | 121500 |
| 0327747 | 112200 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 111800 | 120100 |
| 0326930 | 110900 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 110400 | 111700 |
| 0326008 | 102600 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 102100 | 110300 |
| 0324980 | 101200 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 100600 | 102000 |
| 0324109 | 092800 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 092200 | 100500 |
| 0323524 | 091400 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 090800 | 092100 |
| 0322885 | 063100 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 082500 | 090700 |
| 0321754 | 081500 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 081100 | 082400 |
| 0320744 | 072600 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 072000 | 080200 |
| 0320117 | 071200 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 070600 | 071900 |
| 0319154 | 062600 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 062200 | 070500 |
| 0318440 | 061400 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 060800 | 062100 |

=========>
PF1=HELP 3=EXIT 5=TOP 6=BOTTOM 7=BWD 8=FWD                    04/07 09:30 102P

---

*CL/SS* cruce (GLCRUCE) on LD116NB0 04/07/03 09:30:49 ***

MAP030          WC C H E C K   I N Q U I R Y   B Y   C L A I M   N U M B E R

CLAIM NO.  ABF981298      SOURCE

                                                                      BENEFIT

| S NUMBER | V DATE | AMOUNT | MJ | MN | PAYEE | TAX ID | FROM | TO |
|---|---|---|---|---|---|---|---|---|
| | | | 01 | | | | | |
| 0317678 | 053100 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 052500 | 060700 |
| 0316867 | 051700 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 051100 | 052400 |
| 0316178 | 050800 | 897.60 | 01 | 00 | JOHN PERKEY | EMPL | 042700 | 051000 |
| 0315191 | 041900 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 041300 | 042600 |
| 0314395 | 040500 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 033000 | 041200 |
| 0313689 | 032200 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 031600 | 032900 |
| 0312741 | 030800 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 030200 | 031500 |
| 0311938 | 022300 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 021700 | 030100 |
| 0311037 | 020900 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 020300 | 021600 |
| 0310215 | 012600 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 012000 | 020200 |
| 0309399 | 011200 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 010600 | 011900 |
| 0308863 | 122999 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 122399 | 010500 |
| 0308037 | 121599 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 120999 | 122299 |
| 0307339 | 120199 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 112599 | 120899 |
| 0306482 | 111799 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 111199 | 112499 |

=========>
PF1=HELP 3=EXIT 5=TOP 6=BOTTOM 7=BWD 8=FWD                    04/07 09:30 102P

MAP030          W C C H E C K   I N Q U I R Y   B Y   C L A I M   N U M B E R

CLAIM NO   ABF981298     SOURCE

| | | | | | | | BENEFIT | |
|---|---|---|---|---|---|---|---|---|
| S NUMBER | V DATE | AMOUNT | MJ | MN | PAYEE | TAX ID | FROM | TO |
| | | | 01 | | | | | |
| 0278837 M | 111099 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 102899 | 111099 |
| 0304784 | 102099 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 101499 | 102799 |
| 0303607 | 100599 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 093099 | 103199 |
| 0302888 | 092299 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 091699 | 092999 |
| 0302179 | 091099 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 090299 | 091599 |
| 0301257 | 082599 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 081999 | 090199 |
| 0300466 | 081199 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 080599 | 081899 |
| 0299766 | 072899 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 072299 | 080499 |
| 0298794 | 071499 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 070899 | 072199 |
| 0298144 | 063099 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 061099 | 062399 |
| 0297306 | 061699 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 052799 | 060999 |
| 0278870 M | 060999 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 052799 | 060999 |
| 0296645 V | 060999 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 052799 | 060999 |
| 0296645 | 060299 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 052799 | 060999 |
| 0295869 | 051999 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 051399 | 052699 |

=========>
PF1=HELP 3=EXIT 5=TOP 6=BOTTOM 7=BWD 8=FWD                    04/07 09:30 102P

---

*CL/SS* cruce (GLCRUCE) on LD116NB0 04/07/03 09:31:00 ***

MAP030          W C C H E C K   I N Q U I R Y   B Y   C L A I M   N U M B E R

CLAIM NO   ABF981298     SOURCE

| | | | | | | | BENEFIT | |
|---|---|---|---|---|---|---|---|---|
| S NUMBER | V DATE | AMOUNT | MJ | MN | PAYEE | TAX ID | FROM | TO |
| | | | 01 | | | | | |
| 0295037 | 050599 | 1,122.00 | 01 | 00 | JOHN PERKEY | EMPL | 042999 | 051299 |
| 0293982 | 041999 | 13,724.00 | 01 | 00 | JOHN PERKEY | EMPL | 091698 | 042899 |

INDEM - $128,168.

MEDS - $52,928.62

END OF DEDUCTIONS:I030102I
                    04/07 09:30 102P

=========>
PF1=HELP 3=EXIT 5=TOP 6

## CERTIFICATE OF SERVICE

I, Marcus A. McKnight, III, Esquire, hereby certify that a copy of attached Counter

Statement was served upon the following by depositing a true and correct copy of the same in the

United States mail, First Class, postage prepaid in Carlisle, Pennsylvania, on the date referenced

below and addressed as follows:

United States District Court
Middle District of Pennsylvania
Federal Building
228 Walnut Street
Harrisburg, PA 17108

Michael A. Farrell, Esquire
FARRELL & RICCI
4423 North Front Street
Harrisburg, PA 17110
     (Attorney for ABF Freight System, Inc.)

E. Ralph Godfrey, Esquire
Godfrey & Courtney, P.C.
P.O. Box 6280
Harrisburg, PA  17112
     (Attorney for Reliable Carriers and Daniel Bemben)

          IRWIN, McKNIGHT & HUGHES

By:     Marcus A. McKnight, III, Esquire
          60 West Pomfret Street
          Carlisle, PA 17013
          (717) 249-2353
          Supreme Court I.D. No. 25476

Date:  April 30, 2003