UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY AND THERESA M. PERKEY, : | **CIVIL NO. 1:00-CV-1639** |
| Plaintiffs : | |
| v. : | (Magistrate Judge Smyser) |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN, AND KENT, : | |
| Defendants : | |

**ORDER**

      AND NOW, this 1st day of May, 2003, **IT IS HEREBY ORDERED** that any brief(s) in opposition to the motion of ABF Freight Systems, Inc. for leave of court to respond to the defendants' motion for summary judgment shall be filed no later than May 13, 2003.  No reply brief may be filed later than May 20, 2003.

                                       /s/ J. Andrew Smyser
                                       J. Andrew Smyser
                                       Magistrate Judge

Dated: May 1, 2003.