**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : | CIVIL ACTION NO. 1:CV-00-1639 |
| | : | |
| Plaintiffs | : | **JURY TRIAL DEMANDED** |
| | : | |
| vs. | : | |
| | : | Magistrate Judge Smyser |
| RELIABLE CARRIERS, INC., | : | |
| DANIEL JOSEPH BEMBEN  and KENT, | : | |
| Defendants | : | |
| | : | |

## ORDER

AND NOW this _____ day of _____, 2003, it is ordered and decreed that

Plaintiffs are precluded from introducing the testimony of Dr. Roger Ostdahl at trial.

BY THE COURT:

_____
J. ANDREW SMYSER, Judge
Middle District of Pennsylvania

Date: _____, 2003