Case 1:00-cv-01639-JAS   Document 55   Filed 05/19/2003   Page 1 of 3

FILED
HARRISBURG, PA

MAY 1 9 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk



# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : CIVIL ACTION NO. 1:CV-00-1639 |
| Plaintiffs | : **JURY TRIAL DEMANDED** |
| vs. | : |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN and KENT, Defendants | : Magistrate Judge Smyser |

## DEFENDANT RELIABLE CARRIERS, INC. AND DANIEL JOSEPH BEMBEN'S MOTION IN LIMINE TO EXCLUDE OR, IN THE ALTERNATIVE, TO LIMIT THE MEDICAL EXPENSES PROVABLE AT TRIAL

AND NOW come Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben, by and through their attorneys, Godfrey & Courtney, P.C., and state the following:

1.   An order was issued on February 28, 2003 by this Honorable court requiring that all discovery must be completed by April 7, 2003.

2.   It is the Defendants' understanding that Plaintiffs intend to submit into evidence and attempt to recover the face amounts of medical bills allegedly incurred because of Plaintiffs medical treatment from this accident.

3.   At no time during discovery did Plaintiffs provide Defendants with a list of medical expenses that they allege to be related to this accident.

4.   Plaintiff has a twenty (20) year history of back, neck, knee and shoulder problems. He has been treated by numerous medical care providers and has undergone a variety of surgeries. He has been disabled and received workers compensation benefits before this incident on many occasions because of many accidents.

5.     Because of the extensive medical history, Defendants, in their discovery requests, requested that Plaintiffs provide them with an itemized list of the costs and expenses of all treatments received by Plaintiffs that they claim to be related to this accident.  In addition, Defendants requested that Plaintiffs provide the identity of the provider, the amount of such bill, and the service rendered.

6.     Plaintiffs responded on May 15, 2001, that this information "WILL BE SUPPLIED."   (See Defendants' Interrogatory #8 and #11 and Plaintiffs' answer, which is attached to Defendants' Motion in Limine as Exhibit "A.")

7.     Except for medical records, the medical bills and expenses have never been provided. Defendants are now severely prejudiced by Plaintiffs delay in providing this information.

8.     Because of Plaintiffs' failure to provide this information in a timely manner, Plaintiffs should be precluded from recovering medical expenses.

9.     In the alternative, Plaintiffs should be limited to recovering past medical expenses actually paid and accepted as full payment for services rendered by medical providers.

10.     The Pennsylvania Supreme Court in the case of <u>Moorhead v. Crozer Chester Medical Center</u>, 564 Pa. 156, 765 A.2d 786 (2001) held that the amount accepted by the medical care provider as payment in full is the amount the Plaintiff is entitled to recover as compensatory damages.  Id. at 162, 765 A.2d 789.

WHEREFORE, Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben respectfully request this Honorable Court preclude Plaintiffs from introducing any medical

expenses at the time of trial or, in the alternative, limit the medical evidence to the amount actually paid.

Respectfully submitted,

GODFREY & COURTNEY, P.C.

By: _____
E. Ralph Godfrey, Esquire
Attorney ID No.: 77052
2215 Forest Hills Drive, Suite 36
P.O. Box 6280
Harrisburg, PA  17112
(717) 540-3900

Date:   May _____, 2003