**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN D. PERKEY and THERESA M.**<br>**PERKEY,** | : | **CIVIL ACTION NO. 1:CV-00-1639** |
| | : | |
| **Plaintiffs** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **vs.** | : | |
| | : | **Magistrate Judge Smyser** |
| **RELIABLE CARRIERS, INC.,** | : | |
| **DANIEL JOSEPH BEMBEN  and KENT,** | : | |
| **Defendants** | : | |
| | : | |

## ORDER

AND NOW this _____ day of _____, 2003, it is ordered and decreed that

Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben are precluded from introducing the

amount of medical expenses at the time of trial.


BY THE COURT:


_____
J. ANDREW SMYSER, Judge
Middle District of Pennsylvania


Date: _____, 2003