**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : | CIVIL ACTION NO. 1:CV-00-1639 |
| | : | |
| Plaintiffs | : | **JURY TRIAL DEMANDED** |
| | : | |
| vs. | : | |
| | : | Magistrate Judge Smyser |
| RELIABLE CARRIERS, INC., | : | |
| DANIEL JOSEPH BEMBEN and KENT, | : | |
| Defendants | : | |
| | : | |

**ORDER**

AND NOW this _____ day of _____, 2003, it is ordered and decreed that

Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben are limited to recovering the

amount of past medical expenses actually paid to the medical care providers.

BY THE COURT:

_____

J. ANDREW SMYSER, Judge
Middle District of Pennsylvania

Date: _____, 2003