# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : | CIVIL ACTION NO. 1:CV-00-1639 |
| | : | |
| **Plaintiffs** | : | **JURY TRIAL DEMANDED** |
| | : | |
| vs. | : | |
| | : | **Magistrate Judge Smyser** |
| RELIABLE CARRIERS, INC., | : | |
| DANIEL JOSEPH BEMBEN  and KENT, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW this _____ day of _____, 2003, it is ordered and decreed that

Plaintiffs are precluded from introducing the testimony of Harry M. Leister, Jr., F.S.A. at

trial.

BY THE COURT:

_____
J. ANDREW SMYSER, Judge
Middle District of Pennsylvania

Date: _____, 2003