**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : : : | CIVIL ACTION NO. 1:CV-00-1639 |
| Plaintiffs | : : | <u>JURY TRIAL DEMANDED</u> |
| vs. | : : | Magistrate Judge Smyser |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN and KENT, Defendants | : : : : | |

**ORDER**

AND NOW this _____ day of _____, 2003, it is ordered and decreed that

Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben are entitled to a setoff/credit in the

amount of $10,000.00 against any verdict.

BY THE COURT:

_____
J. ANDREW SMYSER, Judge
Middle District of Pennsylvania

Date: _____, 2003