

# ORIGINAL
2 to CV

FILED
HARRISBURG, PA

MAY 1 9 2003

MARY E. D'ANDREA, CLERK
Per _____ 
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : : : | |
| **Plaintiffs** | : : | |
| vs. | : : | CIVIL ACTION NO. 1:CV-00-1639 (Judge Andrew Smyser) |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN and KENT, **Defendants** | : : : : : | |

### ANSWER OF DEFENDANTS RELIABLE CARRIERS, INC. AND DANIEL JOSEPH BEMBEN TO ABF FREIGHT SYSTEMS, INC.'S MOTION TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

AND NOW come Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben, by and through their attorneys, E. Ralph Godfrey, Esquire and Godfrey & Courtney, P.C., and respond to ABF Freight Systems, Inc.'s Motion to Respond to Defendants' Motion for Summary Judgment as follows:

1.      Admitted in part; denied in part.  It is admitted that John D. Perkey was in an accident on September 15, 1998, while in the course and scope of his employment with ABF Freight Systems, Inc.  After reasonable investigation, Defendants lack sufficient knowledge to either to admit or deny the remaining allegations and, therefore, they are denied.

2.      Denied. Paragraph 2 is denied as a conclusion of law and, therefore, deemed denied.

3.      Admitted in part; denied in part.  It is admitted that ABF Freight System, Inc. or its insurer paid workermen's compensation benefits to John D. Perkey.  After reasonable investigation, Defendants lack sufficient knowledge to either admit or deny the total amount of workermen's compensation benefits paid to John D. Perkey and, therefore, it is deemed denied.

Furthermore, it is denied that the wage loss payments and medical expenses were a result of this alleged incident.

4.      Admitted.

5.      Admitted.

6.      Denied.  Both Motions are documents, which speak for themselves.

7.      Denied.  Plaintiffs have adequately protected ABF's interest in this matter and this issue has been fully briefed.  The trial is currently scheduled for July, 2003. Allowing ABF to brief this issue after Plaintiffs have already filed a Brief in Opposition will cause a delay in the resolution of this matter.

WHEREFORE, for all of the foregoing reasons, Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben, respectfully request that this Honorable Court deny ABF Freight Systems, Inc.'s Motion to Respond to Defendants' Motion for Summary Judgment.

Respectfully submitted,

GODFREY & COURTNEY, P.C.

By:_____
E. Ralph Godfrey, Esquire
Attorney ID No.: 77052
2215 Forest Hills Drive, Suite 36
P.O. Box 6280
Harrisburg, PA  17112
(717) 540-3900

Date:  May _19_, 2003

## CERTIFICATE OF SERVICE

AND NOW, this _19_ day of May, 2003, I, E. Ralph Godfrey, Esquire, of Godfrey &

Courtney, P.C., attorneys for Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben,

hereby certify that I served the foregoing Answer to ABF Freight Systems, Inc.'s Motion to

Respond to Defendants' Summary Judgment Motion by depositing the same in the United States

mail, postage prepaid, in Harrisburg, Pennsylvania, addressed to:


      Marcus McKnight, Esquire
      Mark D. Schwartz, Esquire
      Irwin, McKnight & Hughes
      60 West Pomfret Street
      Carlisle, PA 17013

      Michael A. Farrell, Esquire
      Farrell & Ricci, P.C.
      4423 North Front Street
      Harrisburg, PA 17110


                E. Ralph Godfrey