**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOHN D. PERKEY and THERESA M.    :    CIVIL ACTION NO. 1:CV-00-1639
PERKEY,                        :
                              :
              Plaintiffs       :    **JURY TRIAL DEMANDED**
                              :
     vs.                     :
                              :    Magistrate Judge Smyser
RELIABLE CARRIERS, INC.,       :
DANIEL JOSEPH BEMBEN and KENT,  :
          Defendants     :
                              :

**ORDER**

      AND NOW this _____ day of _____, 2003, it is ordered and decreed that ABF's

Motion to Respond to Defendants' Motion for Summary Judgment is denied.

                      BY THE COURT:

                      _____

                      J. ANDREW SMYSER, Judge
                      Middle District of Pennsylvania

Date: _____, 2003