D-b Cr

ORIGINAL

FILED
HARRISBURG, PA

MAY 1 9 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : : : | CIVIL ACTION NO. 1:CV-00-1639 |
| Plaintiffs | : : | JURY TRIAL DEMANDED |
| vs. | : : : | Magistrate Judge Smyser |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN and KENT, Defendants | : : : : | |

### BRIEF OF DEFENDANT RELIABLE CARRIERS, INC. AND DANIEL JOSEPH BEMBEN IN OPPOSIITON TO ABF'S MOTION TO RESPOND TO SUMMARY JUDGMENT

**A.      ISSUE**

   1.      WHETHER ABF'S MOTION TO RESPOND TO SUMMARY JUDGMENT MUST BE DENIED BECAUSE PENNSYLVANIA LAW PRECLUDES ABF FROM ASSERTING OR RECOVERING THE AMOUNT OF BENEFITS PAID TO THE PLAINTIFFS?

   [SUGGESTED ANSWER: YES]

**B.      ANALYSIS**

   ABF'S MOTION TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT MUST BE DENIED BECAUSE PENNSYLVANIA LAW PRECLUDES ABF FROM ASSERTING OR RECOVERING THE AMOUNT OF BENEFITS PAID TO THE PLAINTIFFS.

   ABF asserts that it should be permitted to respond to Defendants' Motion for Summary Judgment.  For the reasons stated in Defendants' Brief in Opposition to ABF's Motion to Intervene, which is incorporated herein as if it were more fully set forth at length, ABF's Motion must be denied.  Furthermore, Plaintiffs have filed a Brief in Opposition to the Summary

Judgment Motion. There is no need to have ABF respond since Plaintiffs have protected ABF's

interest. Also, as was discussed in Defendants' previous Briefs, Pennsylvania Law precludes the

recoverability of workermen's compensation benefits in this case.

    WHEREFORE, for all of the foregoing reasons, Defendants Reliable Carriers, Inc. and

Daniel Joseph Bemben, respectfully request that this Honorable Court deny ABF's Motion to

Respond to Defendants' Motion for Summary Judgment.


        GODFREY & COURTNEY, P.C.


      By _____

        E. Ralph Godfrey, Esquire
        Attorney I.D. No. 77052
        P.O. Box 6280
        Harrisburg, PA 17112-0280
        (717) 540-3900
        Attorneys for Defendants Reliable Carriers, Inc.,
        and Daniel Joseph Bemben

Dated:

## **CERTIFICATE OF SERVICE**

AND NOW, this __19__ day of May, 2003, I, E. Ralph Godfrey, Esquire, of Godfrey &

Courtney, P.C., attorneys for Defendants Reliable Carriers, Inc. and Daniel Joseph Bemben hereby

certify that I served the foregoing Brief of Defendants in Opposition to ABF's Motion to Respond

to Defendants' Motion for Summary Judgment this day by depositing the same in the United States

mail, postage prepaid, in Harrisburg, Pennsylvania, addressed to:

> Marcus McKnight, Esquire
> Mark D. Schwartz, Esquire
> Irwin, McKnight & Hughes
> 60 West Pomfret Street
> Carlisle, PA 17013
>
> Michael A. Farrell, Esquire
> Farrell & Ricci, P.C.
> 4423 North Front Street
> Harrisburg, PA 17110

E. Ralph Godfrey