```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

*Alba v. USA*                    :    Civil No. 1:02-CV-0849
*West American Ins. v. Klose*    :    Civil No. 4:02-CV-0496
*Perkey v. Reliable*             :    Civil No. 1:00-CV-1639
*Norwood v. Romine*              :    Civil No. 1:01-CV-1005

## ORDER

### JUNE 19, 2003 PRETRIAL CONFERENCE LIST

**IT IS ORDERED** that the June 19, 2003 pretrial and settlement conferences are set for the following times:

| Abbreviated Case Name | Civil Number | Time |
|---|---|---|
| *Alba v. USA* | 1:02-CV-0849 | 9:00 a.m. |
| *West American Ins. v. Klose* | 4:02-CV-0496 | 10:00 a.m.[1] |
| *Perkey v. Reliable* | 1:00-CV-1639 | 11:00 a.m. |
| *Norwood v. Romine* | 1:01-CV-1005 | 1:30 p.m.[2] |

**IT IS FURTHER ORDERED** that the following cases are on the July 7, 2003 jury selection and trial list. Jury selection in *Alba v. USA*, Civil No. 1:02-CV-0849 will begin at 9:30 a.m. The jury selection in *Perkey v. Reliable,* Civil No. 1:00-CV-1639 will follow the jury selection in *Alba v. U.S.A.* The trial in *Perkey v. Reliable* will follow the trial in *Alba v. U.S.A.*

---

[1] *West American Insurance v. Klose*, Civil No. 4:02-CV-0496 is on the August 4, 2003 trial list.

[2] *Norwood v. Romine,* Civil No. 1:01-CV-1005 is not yet on a trial list.

**JULY 7, 2003 JURY SELECTION AND TRIAL LIST**

**Abbreviated Case Name**          **Civil Number**

*Alba v. USA*                      1:02-CV-0849

*Perkey v. Reliable*               1:00-CV-1639


                                   */s/ J. Andrew Smyser*
                                   J. Andrew Smyser
                                   Magistrate Judge

Dated:   May 20, 2003.