**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED JUN 0 6 2003 MARY E. D'ANDREA, CLERK PER ___ HBG, PA DEPUTY CLERK

| | |
|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY  Plaintiffs | : : : |
| vs. | : Civil Action : Number 1: CV – 00 – 1639 |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN, and KENT, Defendants | : : Jury Trial Demanded : : Magistrate Judge Smyser |

### BRIEF OF JOHN D. PERKEY AND THERESA M. PERKEY IN OPPOSITION TO MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT ROGER H. OSTDAHL, M.D.

A.   **Procedural History and Facts:**

The Plaintiff, John D. Perkey, was injured in an accident on the Pennsylvania Turnpike on September 15, 1998, when the rear wheels of the Defendant's tractor became dislodged and struck the tractor and trailer driven by the Plaintiff, John D. Perkey.

A Complaint was filed by the Plaintiffs, John D. Perkey and Theresa M. Perkey on September 14, 2000. The Defendant has filed an Answer with certain Affirmative Defenses on January 29, 2001. The parties are now completing their preparation for trial. The Plaintiffs have been served with a Motion in Limine seeking to exclude the testimony of the Plaintiffs' expert, Roger H. Ostdahl, M.D. The Plaintiffs now file this brief in opposition to Defendants' Motion in Limine regarding the testimony of Dr. Ostdahl.

**B.    Issue:**

Whether Plaintiff's medical expert Roger H. Ostdahl, M.D.'s testimony should be allowed since he testified with a reasonable degree of medical certainty?

**Suggested Answer:** Yes

**C.    Argument:**

Roger H. Ostdahl, M.D. was one of the treating physicians of John D. Perkey. His testimony regarding his treatment of John Perkey is certainly admissible. The Superior Court of Pennsylvania recently reversed a trial court which had excluded expert testimony in **Kovach v. Central Trucking, Inc., 2002 Pa Super 313, 808 A.2d 958 (2002).** The court, in its opinion by President Judge Del Sole, stated that when taken as a whole the physician's testimony reflected the necessary medical certainty needed for admissibility. **Id. at 960.** The Defendants have not specifically sought to limit his testimony but seek to exclude it in its entirety. Dr. Ostdahl's deposition was taken for use at trial only if he were unavailable to testify in person. When taken as a whole he is permitted to testify about his treatment of the Plaintiff, John D. Perkey. It is for the jury to assess the weight of testimony. **Cohen v. Albert Einstein Medical Center, N. Div., 405 Pa. Super 392, 399-400, 592 A.2d 720, 723-24 (1991).**

**D.    Conclusion:**

The testimony of Roger H. Ostdahl, M.D. is admissible, and it should be admitted at trial so that the jury may weigh and assess it.

                                          Respectfully submitted,

                                          **IRWIN, McKNIGHT & HUGHES**

                                          **Marcus A. McKnight, III, Esquire**
                                          Attorney I.D. #25476
                                          60 West Pomfret Street
                                          Carlisle, PA  17013
                                          (717) 249-2353
                                          Attorney for Petitioner
                                                John D. Perkey

Date:  June 6, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY and<br>THERESA M. PERKEY<br>    Plaintiffs<br><br>    vs.<br><br>RELIABLE CARRIERS, INC.,<br>DANIEL JOSEPH BEMBEN,<br>and KENT,<br>    Defendants | :<br>:<br>:<br>:  Civil Action<br>:  Number 1: CV – 00 – 1639<br>:<br>:<br>:<br>:<br>:  Magistrate Judge Smyser |

### CERTIFICATE OF SERVICE

I, Marcus A. McKnight, III, Esquire, hereby certify that a copy of attached Brief was served upon the following by depositing a true and correct copy of the same in the United States mail, First Class, postage prepaid in Carlisle, Pennsylvania, on the date referenced below and addressed as follows:

E. Ralph Godfrey, Esquire
Godfrey & Courtney, P.C.
P.O. Box 6280
Harrisburg, PA  17112

                              IRWIN, McKNIGHT & HUGHES

By:    Marcus A. McKnight, III, Esquire
        60 West Pomfret Street
        Carlisle, PA 17013
        (717) 249-2353
        Supreme Court I.D. No. 25476

Date:   June 6, 2003