IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY and<br>THERESA M. PERKEY,<br>    Plaintiffs | : <br> : <br> : <br> : | |
| v. | : <br> : <br> : | Civil Action No. 1: CV-00-1639<br>(Judge Andrew Smyser) |
| RELIABLE CARRIERS, INC.,<br>DANIEL JOSEPH BEMBEN and<br>KENT,<br>    Defendants | : <br> : <br> : <br> : | |

## ORDER

AND NOW, this _____ day of _____, 2003, ABF's Motion for Reconsideration is hereby GRANTED. It is further ordered that:

1. ABF Freight Systems, Inc. be permitted to intervene as a Party Plaintiff; and,

2. ABF Freight System, Inc. is permitted to respond to Defendants' Motion for Summary Judgment.

Date: _____

_____
Andrew Smyser, Judge