```
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOHN D. PERKEY AND<br>THERESA M. PERKEY, | : | **CIVIL NO. 1:00-CV-1639** |
| Plaintiffs | : | |
| v. | : | (Magistrate Judge Smyser) |
| RELIABLE CARRIERS, INC.,<br>DANIEL JOSEPH BEMBEN,<br>AND KENT, | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 20th day of June, 2003, after a pretrial conference held on June 19, 2003, **IT IS HEREBY ORDERED** that:

1. Jury selection will begin at 9:30 a.m. on July 7, 2003, in Courtroom #5, Eleventh Floor, Federal Building, Harrisburg, Pennsylvania.

2. On or before June 26, 2003, the parties shall bring to the court's attention any issues regarding the admissibility of exhibits;

3. On or before June 30, 2003, the plaintiff may submit any proposed voir dire questions and special verdict questions; and

    4. On or before June 30, 2003, the parties shall submit proposed jury instructions and trial briefs.


                                              */s/ J. Andrew Smyser*
                                              J. Andrew Smyser
                                              Magistrate Judge
Dated:  June 20, 2003.