*Farrell & Ricci, P.C.*
*Attorneys and Counselors at Law*
*4423 North Front Street*
*Harrisburg, PA 17110*

Michael A. Farrell
Joseph A. Ricci †
Marc T. Levin *
Daniel J. Gallagher
Stephen R. Harris
Gregory D. Geiss
Thomas M. Fraticelli
Lawrence J. Barone
Lynn A. Matz *

*also admitted in New Jersey

Telephone:   (717) 230-9201
Fax:         (717) 230-9202
E-mail:      mfarrell@frpclaw.com

June 18, 2003

**FILED**
HARRISBURG, PA

JUN 19 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

The Hon. Andrew Smyser                **Via Fax and First Class Mail**
United States District Court
Middle District of Pennsylvania
PO Box 983
228 Walnut Street
Harrisburg, PA  17108

RE: <u>John D. and Theresa M. Perkey v. Reliable Carriers, Inc., et.al.</u>
    Civil Action No. 1:CV-00-1639 (Judge Andrew Smyser)
    Our File No. CAR-125

Dear Judge Smyser:

This letter is to confirm a telephone conversation with an associate of this firm, Lynn Matz, Esq., and your office on June 17, 2003. At that time, she requested to attend the pre-trial and settlement conference scheduled on the above-referenced matter on behalf of our client, ABF Freight Systems, Inc.

As you are aware, ABF Freight Systems, Inc. had filed a Motion to Intervene, as well as a Request for Leave of Court to respond to Defendant's Motion for Summary Judgment. Both of these requests were denied. ABF then filed a Motion for Reconsideration, which was also subsequently denied.

At this time, ABF intends to file an appeal to the Third Circuit pertaining to their Motion to Intervene as well as the Defendant's Motion for Summary Judgment responses. The appeal is being filed to protect subrogation interests which ABF asserts for workers' compensation benefits paid to Plaintiff in the above-referenced matter. ABF asserts that, as a self-insured of workers' compensation benefits, it is

---

† *Certified as a Civil Trial Advocate by the National Board of Trial Advocacy*
*A Pennsylvania Supreme Court Accredited Agency*

The Hon. Andrew Smyser
Page Two
June 18, 2003

entitled to assert it's subrogation lien as it is not an "insurer" under either the Pennsylvania Insurance Guarantee Act or the Michigan Property and Casualty Guarantee Act.

Therefore, this letter only serves to confirm that ABF requested attendance at the pre-trial and settlement conference on June 19, 2003, and was denied.

Very truly yours,

Michael A. Farrell
Attorney for ABF Freight Systems, Inc.

MAF/cas