*TPO handed to mag.*

# ORIGINAL

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT
## FROM AN ORDER OF THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

File Number: *CV-00-1639*

*Mag. Judge Smyser*

| | |
|---|---|
| **JOHN D. PERKEY and** : | |
| **THERESA M. PERKEY,** : | |
|     **Plaintiffs** : | |
| : | |
| v. : | **Notice of Appeal** |
| : | |
| **RELIABLE CARRIERS, INC.,** : | |
| **DANIEL JOSEPH BEMBEN and** : | |
| **KENT,** : | |
|     **Defendants** : | |

FILED
HARRISBURG, P
JUN 2 7 2003
MARY E. D'ANDREA, CL
Per _____

TO: John D. Perkey and Theresa M. Perkey, Plaintiffs; Reliable Carriers, Inc., Daniel Joseph Bemben, and Kent, Defendants; Marcus A. McKnight, III, Esquire, of *Irwin, McKnight and Hughes*; and, E. Ralph Godfrey, Esquire, of *Godfrey & Courtney, P.C.*, their respective attorneys.

    Notice is hereby given that ABF Freight Systems, Inc., Intervenor, in the above named case, hereby appeal to the United States Court of Appeals for Third Circuit from the Magistrate Judge's Order denying ABF Freight Systems, Inc.

(ABF) Motion for Reconsideration entered in this action on the 11th day of June 2003.

                                                *Michael A. Farrell*
Michael A. Farrell, Esquire
Attorney I.D. No. 41067
Counsel for ABF Freight
    Systems, Inc., Intervenor

**Farrell & Ricci, P.C.**
4423 North Front Street
Harrisburg, PA 17110
(717) 230-9201

Date:   June 27, 2003

```
Fri Jun 27 10:37:42 2003

UNITED STATES DISTRICT COURT

SCRANTON         , PA

Receipt No.    111 130968
Cashier           jill

Tender Type   CHECK

Check Number: 6337

Transaction Type   N

DØ Code   Div No    Acct
4667        1       086900

Amount              $   105.00

FARRELL & RICCI 4423 N. FRONT ST. HB
G., PA 17110

FILING FEE FOR NOTICE OF APPEAL IN C
V-00-1639



cn


Fri Jun 27 10:37:42 2003

Check No. 6337
Amount  105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```