IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PERKEY and THERESA M. PERKEY, | : | CIVIL ACTION NO. 1:CV-00-1639 |
| Plaintiffs | : | **JURY TRIAL DEMANDED** |
| vs. | : | |
| | : | Magistrate Judge Smyser |
| RELIABLE CARRIERS, INC., DANIEL JOSEPH BEMBEN and KENT, Defendants | : | |

## ORDER

AND NOW this _____ day of _____, 2003, it is ordered and decreed that the settlement in the amount of $55,000.00 dollars is hereby approved. Furthermore, Plaintiffs are directed to execute the Release and Defendants are directed to pay the settlement funds to Plaintiffs. In addition, this Honorable Court's Opinion and Order of May 30, 2003 are incorporated herein by reference and ABF Freight System's Inc. is precluded from asserting its subrogation lien in this matter.

BY THE COURT:

_____
J. ANDREW SMYSER, Judge
Middle District of Pennsylvania

Date: _____, 2003