```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN D. PERKEY AND              :    CIVIL NO. 1:00-CV-1639
THERESA M. PERKEY,              :
                                :    (Magistrate Judge Smyser)
         Plaintiffs             :
                                :
    v.                          :
                                :
RELIABLE CARRIERS, INC.,        :
DANIEL JOSEPH BEMBEN,           :
AND KENT,                       :
                                :
         Defendants             :
```

## ORDER

Upon notification of the parties' settlement of this action just prior to trial, and in light of the non-appearance of the parties for trial, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the parties find the need to do so. **IT IS FURTHER ORDERED** that the parties' request for an order ("Joint Settlement Motion," Document ___) approving the specific terms of the settlement is **DENIED** for the reason that no provision of law requires the court's approval of the terms of the settlement. **IT IS FURTHER ORDERED** that the trial set for July 7, 2003 is **CANCELLED**.

                                                  */s/ J. Andrew Smyser*
                                                   J. Andrew Smyser
                                                   Magistrate Judge

Dated: July 7, 2003.