## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

    I, Daniel J. Gallagher, Esquire, hereby certify that I telephoned counsel for the Plaintiffs, John D. Perkey and Theresa M. Perkey, in an effort to obtain his concurrence in this Motion. He stated that he would not concur with the Motion. I also spoke with E. Ralph Godfrey, Esquire, attorney for the Defendants. He also stated that he did not concur with this Motion.

Date:    July 7, 2003

                                                Daniel J. Gallagher, Esquire
                                                Attorney No. 30451