IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PERKEY and, <br> THERESA M. PERKEY, <br>            Plaintiffs <br><br> v. <br><br> RELIABLE CARRIERS, INC., <br> DANIEL JOSEPH BEMBEN and <br> KENT, <br>            Defendants | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 1:CV-00-1639 <br> : (Judge J. Andrew Smyser) <br> : <br> : <br> : <br> : <br> : |

## ORDER

Based upon the Motion for Injunctive Relief of ABF Freight Systems, Inc. requesting that the settlement funds be placed in escrow, as well as the responses thereto, it is hereby ORDERED that the settlement funds be placed in escrow pursuant to further Order of this Court.

By the Court:

_____
Andrew Smyser      J.