UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-2889

Perkey, et al.

vs.

Reliable Carriers, et al.

Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01639)

O R D E R

     In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

*Kathleen Brouwer*

Acting Clerk
United States Court of Appeals
for the Third Circuit

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk

Date: March 23, 2004

cc:
    E. Ralph Godfrey, Esq.
    Daniel J. Gallagher, Esq.
    Michael A. Farrell, Esq.