FOFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

_____*Harrisburg*_____ *Clerk of Court*                    Date _3/23/04_
  *District*

___*Perkey vs. Reliable Carriers*___                    C. of A. Nos___ _03-2889_ ___
  *(Caption)*

___*ABF Freight Systems, Inc*
  *Appellant*

__*00-cv-01639*__
  *(D.C. No. )*

Enclosures:

_*3/23/04*___*Certified copy of C. of A. Order by the **Acting Clerk***
  *(Date)*

__**XXX**___ *Copy of this form to acknowledge receipt and return to C. of A.*

_____ *Please forward Certified List in Lieu of Record to this office.*

_____ *The certified copy of order issued as the mandate on*_____
  *is recalled.*

  ___*Tonya Wyche*_____ *(267)-299-* _4938_ ___
  *Deputy Clerk*       *Telephone Number*

*Receipt Acknowledge:*

_____
  *(Name)*

_____
  *(Date)*